```
1  PHILLIP A. TALBERT
   Acting United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant United States Attorney
3  4550 California Avenue, Suite 640
   Bakersfield, CA, 93309
4  Telephone: (661) 489-6150
   Facsimile:  (661) 489-6151
5
   Attorneys for Plaintiff
6  United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00079-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SCHEDULE CHANGE OF PLEA HEARING |
| v. | |
| MIGUEL ALBERTO BURGOS, | DATE: June 2, 2021 |
| Defendant. | TIME: 1:00 p.m. |
| | COURT: Hon. Magistrate Judge Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on June 2, 2021.

2. On May 25, 2021, the government filed the parties' plea agreement (ECF No. 19).

3. By this stipulation, the parties move to vacate the status conference and schedule a change of plea hearing before the assigned district court judge on June 3, 2021, at 9:30 a.m. before District Judge Dale A. Drozd.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated: May 26, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ CHRISTOPHER D. BAKER
CHRISTOPHER D. BAKER
Assistant United States Attorney

Dated: May 26, 2021

/s/ TIMOTHY P. HENNESSY
TIMOTHY P. HENNESSY
Counsel for Defendant
MIGUEL ALBERTO BURGOS

## FINDINGS AND ORDER

IT IS SO ORDERED.

DATED: May 27, 2021

_____
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE